# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AUDIE THOMAS MCGEE, | Case No. 2:18-cv-02238-RFB-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 5) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered December 20, 2018.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 3, 2019. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1 | **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 5) is
2 | ACCEPTED and ADOPTED in full.
3 | **IT IS FURTHER ORDERED** that this case is DISMISSED without prejudice.
4 | The Clerk of Court be instructed to enter judgment and close this matter accordingly.

DATED: February 12, 2019.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**